IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 8296 and 8347** |

**Objection Deadline: January 12, 2026, at 11:59 p.m. (ET)**
**Hearing Date: January 21, 2026, at 9:30 a.m. (ET)**

**NOTICE OF BRIEFING SCHEDULE IN CONNECTION WITH HEARING ON MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER (I) APPROVING THE SETTLEMENT AGREEMENTS BY AND AMONG THE DEBTORS AND CERTAIN PENSION FUNDS AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on November 26, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Docket No. 8296] (the "9019 Motion"). Pursuant to the *Notice of Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Docket No. 8296-1], responses to the 9019 Motion were to be filed and served no later than December 11, 2025 at 4:00 p.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that on December 6, 2025, the Debtors filed the *Notice of Rescheduled Hearing Regarding Motion of the Debtors for Entry of an Order*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

4920-1720-0513.1 96859.001

*(I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Docket No. 8347] continuing the hearing on the 9019 Motion to a hearing on January 21, 2026, at 9:30 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that the parties have agreed on a briefing schedule and continued hearing on the 9019 Motion as set forth below.

- Deadline for objections to or supporting responses for the 9019 Motion: January 12, 2026, at 11:59 p.m. (ET)

- Reply Deadline: January 19, 2026, at 9:30 a.m. (ET)

- Hearing Date: January 21, 2026, at 9:30 a.m. (ET)

Dated:  December 12, 2025
        Wilmington, Delaware

/s/ Laura Davis Jones

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward A. Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| 919 North Market Street, 17th Floor | Telephone:   (312) 862-2000 |
| P.O. Box 8705 | Facsimile:   (312) 862-2200 |
| Wilmington, Delaware 19899-8705 | Email:          patrick.nash@kirkland.com |
| Telephone:  (302) 652-4100 |               david.seligman@kirkland.com |
| Facsimile:  (302) 652-4400 | |
| Email:    ljones@pszjlaw.com | *Co-Counsel for the Debtors and Debtors in Possession* |
|        tcairns@pszjlaw.com | |
|        pkeane@pszjlaw.com | |
|        ecorma@pszjlaw.com | |