IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Yellow Corporation, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors | ) | (Jointly Administered) |

## NOTICE OF SERVICE OF A SUBPOENA

**PLEASE TAKE NOTICE THAT** on December 17, 2025, the New York State Teamsters Conference Pension and Retirement Fund served a *Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)*, substantially in the form attached hereto as **Exhibit 1** on counsel to MFN Partners LP and Mobile Street Holdings, LLC.

Date: December 19, 2025
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

 */s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com
whazeltine@sha-llc.com

Edward J. Meehan, Esq.
Samuel I. Levin, Esq.
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW
Washington, DC 20006
Tel: (202) 857-0620
Email: emeehan@groom.com
slevin@groom.com

*Counsel to the New York State Teamsters
Conference Pension and Retirement Fund*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.