**EXHIBIT F**

| | |
|---|---|
| **From:** | Levin, Samuel (slevin@groom.com) <SLevin@groom.com> |
| **Sent:** | Friday, December 19, 2025 3:11 PM |
| **To:** | Eric Winston |
| **Cc:** | Meehan, Edward J. (EMeehan@groom.com); Good, L. Katherine; Eric Field; Vincent M. DeBella; Bill Sullivan |
| **Subject:** | [EXT] Re: Yellow - NYST Deposition by Written Question |

** This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. **

Eric,

Thanks for your e-mail and for accepting service.

The questions are relevant for a variety of reasons, including but not limited to:

1. MFN has inquired into the NYST Fund's settlement communications with Debtors and others, which were taking place during the same period of time as demands made to Debtors and others by MFN. Given that this is a complex, multi-party case, it is not fair or appropriate to present evidence of only some pieces of the overall discussion.

2. MFN is seeking to challenge the computation of the Fund's claims under the court's rulings to date. The Fund is entitled to know what MFN believes the appropriate application is of the court's rulings to its own claims to test the consistency or inconsistency of MFN's computation formula, particularly given that it impacts recoveries of other unsecured creditors in Class 5, which is also a topic MFN has asserted is relevant.

3. MFN has been acting in bad faith in dragging out the proceedings in this case until it gets paid what multiple parties have termed a ransom, in excess of the reasonable value of its claims. We believe that MFN's settlement demands when compared against its computation of its own claims will further establish this conduct is relevant to the court's evaluation of MFN's expected objection to the pending 9019 settlement motion and may be grounds to subordinate its claims, among other relief. It is also relevant to the magnitude of future litigation expenses, which MFN also appears to be contesting.

Now that we have responded to your request that the Fund state its positions in writing, please do us the courtesy of providing your responses to these positions in writing as well.

In this regard, please also explain why MFN would be entitled to seek discovery it will not reciprocate. We can then gauge where we are and how best to further meet and confer.

We would appreciate your prompt attention to this matter since MFN has requested that we respond to fifty Rule 31 questions—some of which parallel and greatly expand upon the same subjects as the Fund's few questions to MFN.

Thanks,

Sam

On Dec 18, 2025, at 11:31 AM, Eric Winston <ericwinston@quinnemanuel.com> wrote:

Counsel:

We received the Rule 31 deposition subpoena. We are authorized to accept service.

Before agreeing to any dates for a response, we have a threshold question and request a meet & confer. After reviewing the questions, we do not see any relevance to any of the questions to be answered. Please state in writing before any meet and confer your reasoning why the answers to the questions – whatever those answers may be – either support approval or support disapproval of the motion regarding your client's settlement with the Debtors. We do not see how any answer makes any difference.

We reserve all rights and grounds to seek to quash.

Regards,

Eric

Eric Winston
Partner
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3602 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
ericwinston@quinnemanuel.com<mailto:ericwinston@quinnemanuel.com>
www.quinnemanuel.com<http://www.quinnemanuel.com>
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Levin, Samuel (slevin@groom.com) <SLevin@groom.com>
Sent: Wednesday, December 17, 2025 6:37 PM
To: Eric Winston <ericwinston@quinnemanuel.com>
Cc: bsullivan@sha-llc.com; WHAZELTINE@sha-llc.com; Vincent M. DeBella <vdebella@pkgdlaw.com>; Eric Field <efield@littler.com>; L. Katherine Good <kgood@potteranderson.com>; Ben Roth <benroth@quinnemanuel.com>; Maria Kotsiras <mkotsiras@potteranderson.com>; Meredith Lahaie <mlahaie@akingump.com>; Joseph L. Sorkin <jsorkin@akingump.com>; Meehan, Edward J.

2

(EMeehan@groom.com) <EMeehan@groom.com>; Andrew C. Ehrmann <aehrmann@potteranderson.com>; Kevin Zuzolo <kzuzolo@akingump.com>; Christopher Gessner <cgessner@akingump.com>; Shirley Chan <shirley.chan@kirkland.com>; Casey McGushin <casey.mcgushin@kirkland.com>; Patrick J. Nash <patrick.nash@kirkland.com>
Subject: RE: Yellow - NYST Deposition by Written Question


[EXTERNAL EMAIL from slevin@groom.com<mailto:slevin@groom.com>]

_____

Eric,


Please see the attached subpoena to MFN and Mobile Street and confirm if you'll accept service. While the questions are limited, if you need more time to respond, please let us know.


Thanks,

Sam


Samuel Levin
Principal

Groom Law Group, Chartered
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
t: 202-861-6648 | f: 202-659-4503 | e: slevin@groom.com<mailto:slevin@groom.com>
<https://www.groom.com>
<image001.gif>
<https://www.linkedin.com/company/groom-law-group>
<image002.png>

<https://twitter.com/groomlawgroup>
<image003.png>


<https://www.groom.com/resources/usa-today-names-groom-2025-top-workplace>
<image004.jpg>
From: Meehan, Edward J. (EMeehan@groom.com<mailto:EMeehan@groom.com>) <EMeehan@groom.com<mailto:EMeehan@groom.com>>
Sent: Wednesday, December 17, 2025 11:44 AM
To: Andrew C. Ehrmann <aehrmann@potteranderson.com<mailto:aehrmann@potteranderson.com>>
Cc: Levin, Samuel (slevin@groom.com<mailto:slevin@groom.com>)

3

<SLevin@groom.com<mailto:SLevin@groom.com>>; bsullivan@sha-llc.com<mailto:bsullivan@sha-llc.com>; WHAZELTINE@sha-llc.com<mailto:WHAZELTINE@sha-llc.com>; Vincent M. DeBella <vdebella@pkgdlaw.com<mailto:vdebella@pkgdlaw.com>>; Eric Winston <ericwinston@quinnemanuel.com<mailto:ericwinston@quinnemanuel.com>>; Eric Field <efield@littler.com<mailto:efield@littler.com>>; L. Katherine Good <kgood@potteranderson.com<mailto:kgood@potteranderson.com>>; Ben Roth <benroth@quinnemanuel.com<mailto:benroth@quinnemanuel.com>>; Maria Kotsiras <mkotsiras@potteranderson.com<mailto:mkotsiras@potteranderson.com>>; Meredith Lahaie <mlahaie@akingump.com<mailto:mlahaie@akingump.com>>; Joseph L. Sorkin <jsorkin@akingump.com<mailto:jsorkin@akingump.com>>; Kevin Zuzolo <kzuzolo@akingump.com<mailto:kzuzolo@akingump.com>>; Christopher Gessner <cgessner@akingump.com<mailto:cgessner@akingump.com>>; Shirley Chan <shirley.chan@kirkland.com<mailto:shirley.chan@kirkland.com>>; Casey McGushin <casey.mcgushin@kirkland.com<mailto:casey.mcgushin@kirkland.com>>; Patrick J. Nash <patrick.nash@kirkland.com<mailto:patrick.nash@kirkland.com>>
Subject: Re: Yellow - NYST Deposition by Written Question

Andrew,

Receipt acknowledged. We will review and respond.

Sent from my iPhone

On Dec 17, 2025, at 11:30 AM, Ehrmann, Andrew C. <aehrmann@potteranderson.com<mailto:aehrmann@potteranderson.com>> wrote:

Counsel,

Please find MFN Partners' and Mobile Street Holdings' deposition by written question attached.
<image544658.png>

Andrew



C.



Ehrmann



|

Associate

Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108

Office +1 302.984.6282<tel:+1%20302.984.6282>

aehrmann@potteranderson.com |
<https://us.content.exclaimer.net/?url=https%3A%2F%2Fpotteranderson.com%2F&tenantid=IlPcTdzGEe6F-2BFvdVbFg&templateid=97423415f2f0ee11aaf26045bdd55b16&excomponentid=b1vOg5A-HfljcficIb1e0G3T1ii3yC_MrHgO7QfpIEU&excomponenttype=Link&signature=CssO2BlIeZmsEIYCHyxF6crwnoIKI8pX1hO1C-NkcXaj9enUMo0VgRq8vvPpnS6TkVL5uDDhkC5vcnI5BBlt02aKKvpsEpkrdtgXrKTZaKdkzAgPwqjcsjiQoCgNlm8IX5IHuZwypZzvKtdXlbIQt7FAvlQcbCqQiDJkyXzQcD0V84jxZcewA32AYxbwa8nodzZTTbugMH9GW8KNNlPihFe_5EzWesAipiQvN_eqQwzFV1aOyeqbp1ptKTte99c7SxgOGhVZjJCb7lUL7lj40pdXM7OD9zb-LeOvis5pQ10Vd1WSCAcS8rVUrRY0B3k9yPX0muO-W8F7cwT-k62eSQ&v=1&imprintMessageId=5defa4c7-fd9d-425c-a1fa-cdd2a17b0f3c>
potteranderson.com<https://us.content.exclaimer.net/?url=https%3A%2F%2Fpotteranderson.com%2F&tenantid=IlPcTdzGEe6F-2BFvdVbFg&templateid=97423415f2f0ee11aaf26045bdd55b16&excomponentid=CajitoXi844w1v43zboWCTxGOgd1O8uwm2u-XhRqvIA&excomponenttype=Link&signature=CssO2BlIeZmsEIYCHyxF6crwnoIKI8pX1hO1C-NkcXaj9enUMo0VgRq8vvPpnS6TkVL5uDDhkC5vcnI5BBlt02aKKvpsEpkrdtgXrKTZaKdkzAgPwqjcsjiQoCgNlm8IX5IHuZwypZzvKtdXlbIQt7FAvlQcbCqQiDJkyXzQcD0V84jxZcewA32AYxbwa8nodzZTTbugMH9GW8KNNlPihFe_5EzWesAipiQvN_eqQwzFV1aOyeqbp1ptKTte99c7SxgOGhVZjJCb7lUL7lj40pdXM7OD9zb-LeOvis5pQ10Vd1WSCAcS8rVUrRY0B3k9yPX0muO-W8F7cwT-k62eSQ&v=1&imprintMessageId=5defa4c7-fd9d-425c-a1fa-cdd2a17b0f3c>

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

<NYST Deposition by Written Questions.pdf>

Notice: This message is intended only for use by the person or entity to which it is addressed. Because it may contain confidential information intended solely for the addressee, you are notified that any disclosing, copying, downloading, distributing, or retaining of this message, and any attached files, is prohibited and may be a violation of state or federal law. If you received this message in error, please notify the sender by reply mail, and delete the message and all attached files.